**ORAL ARGUMENT NOT YET SCHEDULED**

**No. 26-7200**

**IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT**

Washington Metrorail Safety Commission
*Petitioner-Appellee*,

v.

Washington Metropolitan Area Transit Authority,
*Respondent-Appellant*.

On Appeal From the United States District Court for the District of Columbia
No. 1-24-mc-00144-LLA-ZMF
The Honorable Loren L. AliKhan

**JOINT MOTION OF RESPONDENT-APPELLANT AND PETITIONER-APPELLEE FOR EXTENSION OF DEADLINES IN OCTOBER 1, 2026 ORDER**

Petitioner-Appellee the Washington Metrorail Safety Commission ("WMSC") and Respondent-Appellant Washington Metropolitan Area Transit Authority ("WMATA") (collectively, the "Parties"), by counsel, respectfully move jointly for a thirty-day extension of the deadlines imposed by the Court's October 1, 2026 Order. Counsel for the Parties conferred about the relief requested in this Joint Motion, and the Parties jointly request this relief. *See* D.C. Circuit Rule 27(g)(2).

On October 1, 2026, by order the Court set the following deadlines:

For WMATA:

| Filing | Deadline |
| --- | --- |
| Certificate as to Parties, Rulings, and Related Cases | November 2, 2026 |
| Docketing Statement Form | November 2, 2026 |
| Entry of Appearance Form (Attorneys Only) | November 2, 2026 |
| Procedural Motions, if any | November 2, 2026 |
| Statement of Intent to Utilize Deferred Joint Appendix | November 2, 2026 |
| Statement of Issues to Be Raised | November 2, 2026 |
| Transcript Status Report | November 2, 2026 |
| Underlying Decision from Which Appeal or Petition Arises | November 2, 2026 |
| Dispositive Motions, if any | November 16, 2026 |

For the WMSC:

| Filing | Deadline |
| --- | --- |
| Certificate as to Parties, Rulings, and Related Cases | November 2, 2026 |
| Entry of Appearance Form (Attorneys Only) | November 2, 2026 |
| Procedural Motions, if any | November 2, 2026 |
| Dispositive Motions, if any | November 16, 2026 |

"For good cause, the court may extend the time prescribed . . . by its order to perform any act." Fed. R. App. P. 26(b). Good cause warrants a thirty-day extension of the foregoing deadlines. The Parties are currently discussing a settlement agreement that would resolve this matter and moot the pending appeal without the need for further court intervention. Extending the foregoing deadlines would

conserve the resources of both the Court and the Parties and afford the Parties additional time to try to conclude their settlement negotiations before having to incur additional litigation expenses. Thus, the Parties propose that the Court extend the deadlines in its October 1, 2026 Order as follows:

For WMATA:

| Filing | Deadline |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | December 2, 2026 |
| Docketing Statement Form | December 2, 2026 |
| Entry of Appearance Form (Attorneys Only) | December 2, 2026 |
| Procedural Motions, if any | December 2, 2026 |
| Statement of Intent to Utilize Deferred Joint Appendix | December 2, 2026 |
| Statement of Issues to Be Raised | December 2, 2026 |
| Transcript Status Report | December 2, 2026 |
| Underlying Decision from Which Appeal or Petition Arises | December 2, 2026 |
| Dispositive Motions, if any | December 16, 2026 |

For the WMSC:

| Filing | Deadline |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | December 2, 2026 |
| Entry of Appearance Form (Attorneys Only) | December 2, 2026 |
| Procedural Motions, if any | December 2, 2026 |
| Dispositive Motions, if any | December 16, 2026 |

For these reasons, the Parties respectfully request that the Court grant this Joint Motion and extend by thirty days each of the deadlines in its October 1, 2026 Order.

Dated: October 28, 2026

*/s/ Attison L. Barnes, III*

Attison L. Barnes, III
George E. Petel
Joel S. Nolette
Wiley Rein LLP
2050 M Street NW
Washington, DC 20006
Phone: (202) 719-7000
Fax: (202) 719-7049
abarnes@wiley.law
gpetel@wiley.law
jnolette@wiley.law

*Counsel for Respondent-Appellant Washington Metropolitan Area Transit Authority*

*/s/ W. Eric Pilsk*

W. Eric Pilsk
Charles A. Spitulnik
**KAPLAN KIRSCH LLP**
1634 I (Eye) Street, NW, Suite 300
Washington, DC 20006
Phone: (202) 955-5600
Facsimile: (202) 955-5616

Grant M. Glovin
**KAPLAN KIRSCH LLP**
1500 Broadway, Suite 1605
New York, NY 10036
Phone: (646) 883-5110

*Counsel for Petitioner-Appellee Washington Metrorail Safety Commission*

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation in Federal Rule of Appellate Procedure 27(d)(2) because the motion contains 457 words, excluding exempted parts. I further certify that this motion complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 32(a)(5) and (6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 in Times New Roman 14-point font.

*/s/ Attison L. Barnes, III*
Attison L. Barnes, III

## CERTIFICATE OF SERVICE

I certify a true and correct copy of this Joint Motion was filed electronically on October 28, 2026, which will send notification of this filing to all attorneys of record.

*/s/ Attison L. Barnes, III*
Attison L. Barnes, III

## CERTIFICATE OF PARTIES AND AMICI CURIAE

Appellant before this Court is the Washington Metropolitan Area Transit Authority, the Respondent in the district court. Appellee before this Court is the Washington Metrorail Safety Commission, the Petitioner in the district court. There are no *amici curiae* currently before this Court, and none appeared in the district court.

*/s/ Attison L. Barnes, III*
Attison L. Barnes, III